USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-2-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ALBA BORRELLI,
          Plaintiff,

v.

ORANGE REGIONAL MEDICAL CENTER,
LAUREN CARBERRY, and ROBIN
BRENNAN-SEIBEL,
          Defendants.
--------------------------------------------------------------x

**ORDER OF VOLUNTARY DISMISSAL**

18 CV 270 (VB)

The Court held a conference today attended in person by defense counsel and by plaintiff, proceeding *pro se*. As discussed on the record in open court, it is hereby ORDERED:

On consent of the parties, this action is voluntarily dismissed without prejudice and without costs. See Fed. R. Civ. P. 41(a)(2).

The Clerk is directed to (i) close this case, and (ii) mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 1, 2019
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge